UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF PENNSYLVANIA

| | |
|---|---|
| HENRY HOLMES<br><br>    **Plaintiff,**<br><br>v.<br><br>**WARDEN ORLANDO HARPER,** et al.<br><br>    **Defendants** | No. 1:17-CV-01408<br><br>(Judge Rambo) |

# ORDER

**AND NOW, THEREFORE**, this 2nd day of October, 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT:**

1. The instant action is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1406(a); and

2. The Clerk of Court is directed to **CLOSE** this case.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge